UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD FISHER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 09-1910 (RJL) |
| ISAAC FULWOOD, JR., *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 27th day of March, 2011, it is hereby

**ORDERED** that Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss and for Summary Judgment [#15] is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge