UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD FISHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 09-1910 (RJL) |
| ISAAC FULWOOD, JR. *et al.*, | ) ) ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion of March 27, 2011, it is

**ORDERED** that Defendants' Motion to Dismiss [Doc. # 35] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

RICHARD J. LEON
United States District Judge

DATE: March 9th, 2012